

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

November 14, 2022

**BY ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Sq
New York, New York 10007



Re:    Toro v. California Seashell Company, Inc.; Case No 1:22-cv-7039-KPF

To the Honorable Judge Failla:

     Plaintiff submits this status letter in response to Your Honor's directives in the Order issued on August 30, 2022 (Dkt. No. 5). Defendant, who is currently pro se, just reached out to Plaintiff via email on November 11, 2022. Defendant's time to respond expires on November 15, 2022. As such, on behalf of Defendant, Plaintiff respectfully request that the initial pretrial conference currently scheduled for November 17, 2022 be adjourned to December 16, 2022, or a date more convenient to the Court. If Defendant fails to respond to the Complaint leading up to the new conference date, Plaintiff asks that it be granted leave to pursue a default judgment by December 13, 2022.

     Plaintiff thanks the Court for its attention in this matter.

Respectfully submitted,

/s/ Mars Khaimov, Esq.

```
Application GRANTED.  The initial pretrial conference currently
scheduled for November 17, 2022, is hereby ADJOURNED to December
22, 2022, at 10:30 a.m.  The parties are reminded that they are
to adhere to the Court's instructions in the Notice of Initial
Pretrial Conference (Dkt. #5) in advance of the conference.

Should Defendant desire an extension of time to respond to the
Complaint, Defendant should file a letter motion as soon as
possible.  In the event Defendant fails to respond, Plaintiff may
file a motion for default judgment on or before December 13,
2022.
```

Dated:    November 14, 2022
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE